| Exhibit A | **NTA** |
| Exhibit B | **DHS Warrant of Arrest** |
| Exhibit C | **IJ Grant of Asylum** |
| Exhibit D | **Motion for Bond and Evidence** |

# EXHIBIT A

DEPARTMENT OF HOMELAND SECURITY

# NOTICE TO APPEAR

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

`Subject ID:383902582`     **FINS #:**`1335667741`

**DOB:** `10/14/1991`

File No: `A246 757 756`

**Event No:**`WEL2303000155`

In the Matter of:

Respondent: `RUPINDER SINGH MAAN`

currently residing at:

`1031 KENNY ST MANTECA, CALIFORNIA, 95337-9400`      `+1 (209)-681-5400`

(Number, street, city, state and ZIP code)      (Area code and phone number)

☐ You are an arriving alien.

☒ You are an alien present in the United States who has not been admitted or paroled.

☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

```
1. You are not a citizen or national of the United States;
2. You are a native of INDIA and a citizen of INDIA ;
3. You arrived in the United States at or near SAN LUIS,  AZ , on or about March 23,
2023 ;
4. You were not then admitted or paroled after inspection by an Immigration Officer.
```

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

```
212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an
alien present in the United States without being admitted or paroled, or who arrived in
the United States at any time or place other than as designated by the Attorney General.
```

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:     ☐ 8CFR 208.30     ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

`100 MONTGOMERY ST., SUITE 800 SAN FRANCISCO CA 94104`

(Complete Address of Immigration Court, including Room Number, if any)

on `December 06, 2024` at `09:00 AM` to show why you should not be removed from the United States based on the

(Date)      (Time)

charge(s) set forth above. `LUKAS BERGQVIST`

LUKAS L BERGQVIST
Date: 2023.03.23 N74:20 -07:00
Acting/Patrol Agent in Charge
083415379 CBP

(Signature and Title of Issuing Officer) (Sign in ink)

Date: `March 23, 2023`      `Yuma, Arizona`

(City and State)

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for Withholding of Removal. The Form I-589, Instructions, and information on where to file the Form can be found at **www.uscis.gov/i-589**. Failure to file the Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at **http://www.ice.gov/contact/ero**, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

**U.S. Citizenship Claims:** If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

---

### Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: _____

_____
*(Signature of Respondent) (Sign in ink)*

_____Border Patrol Agent_____                                    Date: 03/23/2023
*(Signature and Title of Immigration Officer) (Sign in ink)*

---

### Certificate of Service

This Notice To Appear was served on the respondent by me on   March 23, 2023  , in the following manner and in compliance with section 239(a)(1) of the Act.

☒ in person      ☐ by certified mail, returned receipt # _____ requested      ☐ by regular mail
☐ Attached is a credible fear worksheet.
☒ Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the _____HINDI_____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

VICTOR M MARTINEZ BEJARANO
_Rupinder Singh_                              VICTOR MARTINEZ BEJARANO, Border Patrol Agent
                                             Date: 2023.03.23 17:48 −07:00
*(Signature of Respondent if Personally Served) (Sign in ink)*          0090449676.CBP
                                             *(Signature and Title of officer) (Sign in ink)*

**Privacy Act Statement**

**Authority:**
The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**
You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**
For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at https://www.dhs.gov/system-records-notices-sorns. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**
Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

EOIR — 3 of 3

# EXHIBIT B

**U.S. DEPARTMENT OF HOMELAND SECURITY**     **Warrant for Arrest of Alien**

File No. ___246 757 756___

Date: ___08/17/2025___

**To:** **Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations**

I have determined that there is probable cause to believe that ___MAAN, RUPINDER___ is removable from the United States. This determination is based upon:

☐ the execution of a charging document to initiate removal proceedings against the subject;

☐ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☒ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☒ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

_____
(Signature of Authorized Immigration Officer)

___M 8370 SPEARMAN - SDDO___
(Printed Name and Title of Authorized Immigration Officer)

---

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at _Cass County Sheriff's_
(Location) _Office_

on ___MAAN, RUPINDER___ on _08/17/2025_ , and the contents of this
(Name of Alien)                      (Date of Service)

notice were read to him or her in the _Punjabi_ language.
(Language)

_CAMERON WARD_ /15-A        _# 17661 Nadeem_
Name and Signature of Officer        Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)

# EXHIBIT C



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**OMAHA IMMIGRATION COURT**

Respondent Name:

    MAAN, RUPINDER SINGH

To:

    Kaur, Gurpreet
    674 County Square Dr
    Suite 305
    Ventura, CA 93003

A-Number:
246-757-756
Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
11/24/2025

## ORDER OF THE IMMIGRATION JUDGE

☑ This is a summary of the oral decision entered on 11/24/2025. The oral decision in this case is the official opinion, and the immigration court issued this summary for the convenience of the parties.

☐ Both parties waived the issuance of a formal oral decision in this proceeding.

### I.    Removability

The immigration court found Respondent ☐ removable ☑ inadmissible under the following Section(s) of the Immigration and Nationality Act (INA or Act): 212(a)(6)(A)(i)

The immigration court found Respondent ☐ not removable ☐ not inadmissible under the following Section(s) of the Act:

### II.    Applications for Relief

Respondent's application for:

A.  Asylum/Withholding/Convention Against Torture

    ☑ Asylum was ☑ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

    ☐ Withholding of Removal under INA § 241(b)(3) was ☐ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

    ☐ Withholding of Removal under the Convention Against Torture was ☐ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

    ☐ Deferral of Removal under the Convention Against Torture was ☐ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

    ☐ Respondent knowingly filed a frivolous application for asylum after notice of the consequences. *See* INA § 208(d)(6); 8 C.F.R. §1208.20

B.  Cancellation of Removal

☐ Cancellation of Removal for Lawful Permanent Residents under <u>INA § 240A(a)</u> was ☐ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

☐ Cancellation of Removal for Nonpermanent Residents under <u>INA § 240A(b)(1)</u> was ☐ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

☐ Special Rule Cancellation of Removal under <u>INA § 240A(b)(2)</u> was ☐ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

C.  Waiver

☐ A waiver under INA § was ☐ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

D.  Adjustment of Status

☐ Adjustment of Status under INA § was ☐ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

E.  Other

### III.    Voluntary Departure

☐ Respondent's application for ☐ pre-conclusion voluntary departure under INA § 240B(a) ☐ post-conclusion voluntary departure under INA § 240B(b) was ☐ denied.

☐ Respondent's application for ☐ pre-conclusion voluntary departure under INA § 240B(a) ☐ post-conclusion voluntary departure under INA § 240B(b) was ☐ granted, and Respondent is ordered to depart by                    . The respondent must post a $ bond with DHS within five business days of this order. Failure to post the bond as required or to depart by the required date will result in an alternate order of removal to taking effect immediately.

☐ The respondent is subject to the following conditions to ensure his or her timely departure from the United States:

☐ Further information regarding voluntary departure has been added to the record.

☐ Respondent was advised of the limitation on discretionary relief, the consequences for failure to depart as ordered, the bond posting requirements, and the consequences of filing a post-order motion to reopen or reconsider:

If Respondent fails to voluntarily depart within the time specified or any extensions granted by the DHS, Respondent shall be subject to a civil monetary penalty as provided by relevant statute, regulation, and policy. *See* INA § 240B(d)(1). The immigration court has set
☐ the presumptive civil monetary penalty amount of $3,000.00 USD
☐ $ USD instead of the presumptive amount.
If Respondent fails to voluntarily depart within the time specified, the alternate order of removal shall automatically take effect, and Respondent shall be ineligible, for a period of

10 years, for voluntary departure or for relief under sections 240A, 245, 248, and 249 of the Act, to include cancellation of removal, adjustment of status, registry, or change of nonimmigrant status. *Id.* If Respondent files a motion to reopen or reconsider prior to the expiration of the voluntary departure period set forth above, the grant of voluntary departure is automatically terminated; the period allowed for voluntary departure is not stayed, tolled, or extended. If the grant of voluntary departure is automatically terminated upon the filing of such a motion, the penalties for failure to depart under section 240B(d) of the Act shall not apply.

If Respondent appeals this decision, Respondent must provide to the Board of Immigration Appeals (Board), within 30 days of filing an appeal, sufficient proof of having posted the voluntary departure bond. The Board will not reinstate the voluntary departure period in its final order if Respondent does not submit timely proof to the Board that the voluntary departure bond has been posted.

In the case of conversion to a removal order where the alternate order of removal immediately takes effect, where Respondent willfully fails or refuses (1) to depart from the United States pursuant to the immigration court's order, (2) to make timely application in good faith for travel or other documents necessary to depart the United States, (3) to present themselves at the time and place required for removal by the DHS, or (4) conspires to or takes any action designed to prevent or hamper their departure pursuant to the order of removal, Respondent shall be subject to a civil monetary penalty for each day Respondent is in violation, pursuant to INA § 274D and 8 C.F.R. § 280.53(b)(14). If Respondent is removable pursuant to INA § 237(a), then Respondent shall be further fined and/or imprisoned for up to 10 years. See INA § 243(a)(1). Further, any Respondent that has been denied admission to, removed from, or has departed the United States while an order of exclusion, deportation, or removal is outstanding and thereafter enters, attempts to enter, or is at any time found in the United States shall be fined or imprisoned not more than two years, or both. 8 U.S.C. § 1326(a).

## IV.    Removal

☐ Respondent was ordered removed to INDIA

☐ In the alternative, Respondent was ordered removed to

☐ Respondent was advised of the penalties for failure to depart pursuant to the removal order:

> If Respondent is subject to a final order of removal and willfully fails or refuses (1) to depart from the United States pursuant to the immigration court's order, (2) to make timely application in good faith for travel or other documents necessary to depart the United States, (3) to present themselves at the time and place required for removal by the DHS, or (4) conspires to or takes any action designed to prevent or hamper their departure pursuant to the order of removal, Respondent shall be subject to a civil monetary penalty for each day Respondent is in violation, pursuant to INA § 274D and 8 C.F.R. § 280.53(b)(14). If Respondent is removable pursuant to INA § 237(a), then Respondent shall be further fined and/or imprisoned for up to 10 years. See INA § 243(a)(1). Further, any Respondent that has been denied admission to, removed from, or has departed the United States while an order of exclusion, deportation, or removal is outstanding and thereafter enters, attempts to enter, or is at any time found in the United States shall be fined or imprisoned not more than two years, or both. 8 U.S.C. § 1326(a).

## V.    Other

☐ Proceedings were ☐ dismissed ☐ terminated with prejudice
☐ terminated without prejudice ☐ administratively closed.

☐ Respondent's status was rescinded under INA § 246.

☑ Other:

The Court incorporates by reference a law addendum for asylum-related relief.

Immigration Judge: Morrissey, Matthew 11/24/2025

Appeal:   Department of Homeland Security: ☐ waived ☑ reserved
          Respondent: ☑ waived ☐ reserved
Appeal Due: 12/24/2025

## Certificate of Service

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name : MAAN, RUPINDER SINGH | A-Number : 246-757-756
Riders:
Date: 11/24/2025 By: CRNKOVICH, KARA, Court Staff

# EXHIBIT D

Gurpreet Kaur, Esq.
Law Office of Gurpreet Kaur
674 County Square Dr, Suite 305
Ventura, CA 93003
Ph. 805-300-9003; Cell 805-803-0893
Fax: 805-716-6100
E-mail: gurpreetkauresq@gmail.com
Attorney for Respondent

## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## IMMIGRATION COURT

| | |
|---|---|
| In the matter of: | ) Case No.: A 246-757-756 |
| | ) |
| | ) |
| Rupinder Singh Maan | ) In Bond proceedings |
| | ) |
| | ) **Detained** |
| Respondent, | ) |
| IN Bond Proceeding | ) Next Hearing: |
| | ) |
| | ) Hearing Time: |

_____

**RESPONDENT'S REQUEST FOR BOND HEARING**

Now comes the Respondent, through his undersigned attorney to request this honorable Court to schedule a bond hearing at the court's earliest date available. Respondent's Counsel will file all supporting documents prior to the hearing.

Dates: 09/15/2025

Respectfully Submitted,

Gurpreet Kaur
Respondent's Attorney

## **CERTIFICATE OF SERVICE**

### ✔ **No service needed. I electronically filed this document, and the opposing party is participating in ECAS.**

I hereby certify that I am a United States citizen and over eighteen (18) years of age and that I served a true copy of the foregoing:

**RESPONDENT'S REQUEST TO SCHEDULE A BOND REDETERMINATION HEARING**

with attachments by E-service

09/15/2025
By:

Gurpreet Kaur
Respondent's Attorney

2

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**

| | |
|---|---|
| IN THE MATTER OF | ) FILE NO.: 246-757-756 |
| | ) |
| Rupinder Singh Maan | ) RESPONDENT'S REDERTERMINATION |
| | ) OF BOND |
| | ) |
| RESPONDENT, | ) Hearing Date: |
| | ) Hearing Time: |
| IN BOND PROCEEDINGS. | ) Court Room: |
| | ) |

_____

## **ORDER OF THE IMMIGRATION JUDGE**

Upon consideration of the RESPONDENT'S REDETERMINATION OF BOND, it is HEREBY

ORDERED that the motion be [  ] **GRANTED   [  ] DENIED** because:


[  ] DHS does not oppose the motion.
[  ] The Respondent does not oppose the motion.
[  ] A response to the motion has not been filed with the court.
[  ] Good cause has been established for the motion.
[  ] The court agrees with the reasons stated in the opposition to the motion.
[  ] Other: _____
Deadline:
[  ] The application(s) for relief must be filed by _____
[  ] The respondent must comply with DHS biometrics instructions by _____


_____                    _____
Date                               Immigration Judge

_____

Certificate of Service

This document was served by: [ ] Mail [ ] Personal Service
To: [ ] Alien  [ ] Alien c/o Custodial Officer  [ ] Alien's Atty/Rep   [ ] DHS

3

Gurpreet Kaur, Esq.
Law Office of Gurpreet Kaur

674 County Square Dr, Suite 305
Ventura, CA 93003
Ph. 805-300-9003; Cell 805-803-0893
Fax: 805-716-6100
E-mail: gurpreetkauresq@gmail.com
Attorney for Respondent

# UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
### IMMIGRATION COURT
### IMPERIAL, CA

In the matter of:

    MAAN, RUPINDER SINGH

        Respondent,

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: A 246-757-756

Bond Proceedings only

**Detained**

Next Hearing: 09/17/2025

Hearing Time: 08:30AM

  IJ:Morrissey, Matthew E.

---

## RESPONDENT'S SUPPLEMENTAL EVIDENCE FOR BOND HEARING

Redetermination of Bond

1

Now comes the Respondent, through his undersigned attorney to hereby submit his supplemental filings for his upcoming bond hearing.

Dates:09/16/2025

Respectfully Submitted,

_____

Gurpreet Kaur
Law Offices of Gurpreet Kaur
674 County Square Dr, Suite 305
Ventura, CA 93003

## CERTIFICATE OF SERVICE

✔ **No service needed. I electronically filed this document, and the opposing party is participating in ECAS.**

I hereby certify that I am a United States citizen and over eighteen (18) years of age and that I served a true copy of the foregoing:

### RESPONDENT'S SUPPLEMENTAL EVIDENCE FOR A BOND REDETERMINATION HEARING

with attachments by E-service

09/16/2025
By:

_____

Gurpreet Kaur
RESPONDENT'S ATTORNEY

# **SUPPORTING DOCUMENTS**

A.  Respondent's identity                              5-17

B.  Sponsor

    1.  Declaration                                  20

    2.  Identity                                     21-22

    3.  Proof of Income                              23-24

    4.  Address                                      25-26

3

# EXHIBIT

# A

पिता / कानूनी अभिभावक का नाम / Name of Father / Legal Guardian

KARMJIT SINGH

माता का नाम / Name of Mother

SUKHWINDER KAUR

पति या पत्नी का नाम / Name of Spouse

DALJEET KAUR

पता / Address

BHAINI PATTI

SEKHA,BARNALA

PIN:148101,PUNJAB,INDIA

पुराना पासपोर्ट का न. और इसके जारी होने की तिथि एवं स्थान / Old Passport No. with Date and Place of Issue

फाईल न. / File No.

CH4069896824216

P0697118

भारत गणराज्य REPUBLIC OF INDIA

| टाईप / Type | राष्ट्र कोड / Country Code | पासपोर्ट न./ Passport No. |
|---|---|---|
| P | IND | P 0697118 |

उपनाम / Surname

MAAN

दिया गया नाम / Given Name(s)

RUPINDER SINGH

| राष्ट्रीयता / Nationality | लिंग / Sex | जन्म तिथि / Date of Birth |
|---|---|---|
| भारतीय/INDIAN | M | 14/10/1991 |

जन्म स्थान / Place of Birth

BARNALA, PUNJAB

जारी करने का स्थान / Place of Issue

CHANDIGARH

| जारी करने की तिथि / Date of Issue | समाप्ति की तिथि / Date of Expiry |
|---|---|
| 08/06/2016 | 07/06/2026 |

P<INDMAAN<<RUPINDER<SINGH<<<<<<<<<<<<<<<<<<
P0697118<7IND9110144M2606071<<<<<<<<<<<<<<<4

5

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

# I-589, Application for Asylum and for Withholding of Removal

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.**

**NOTE:** ☒ Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) *(if any)* | 2. U.S. Social Security Number *(if any)* | 3. USCIS Online Account Number *(if any)* |
|---|---|---|
| 246757756 | N/A | N/A |

| 4. Complete Last Name | 5. First Name | 6. Middle Name |
|---|---|---|
| MAAN | RUPINDER | SINGH |

**7. What other names have you used *(include maiden name and aliases)*?**

**8. Residence in the U.S. *(where you physically reside)***

| Street Number and Name | | | Apt. Number |
|---|---|---|---|
| 1031 KENNY ST | | | |

| City | State | Zip Code | Telephone Number |
|---|---|---|---|
| MANTECA | CA | 95337 | ( ) |

**(NOTE: *You must be residing in the United States to submit this form.*)**

**9. Mailing Address in the U.S. *(if different than the address in Item Number 8)***

| In Care Of *(if applicable)*: | Telephone Number |
|---|---|
| | ( ) |

| Street Number and Name | Apt. Number |
|---|---|
| | |

| City | State | Zip Code |
|---|---|---|
| | | |

| 10. Gender: ☒ Male ☐ Female | 11. Marital Status: ☒ Single ☐ Married ☐ Divorced ☐ Widowed |
|---|---|

| 12. Date of Birth *(mm/dd/yyyy)* | 13. City and Country of Birth |
|---|---|
| 10/14/1991 | BARNALA, INDIA |

| 14. Present Nationality *(Citizenship)* | 15. Nationality at Birth | 16. Race, Ethnic, or Tribal Group | 17. Religion |
|---|---|---|---|
| INDIAN | INDIAN | ASIAN | SIKH |

**18.** *Check the box, a through c, that applies:* **a.** ☐ I have never been in Immigration Court proceedings.

**b.** ☒ I am now in Immigration Court proceedings. **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**19.** *Complete 19 a through c.*

**a.** When did you last leave your country? *(mm/dd/yyyy)* 02/07/2023 **b.** What is your current I-94 Number, if any?

**c.** List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)*

| Date | 03/23/2023 | Place | SAN LUIS AZ | Status | EWI | Date Status Expires |
|---|---|---|---|---|---|---|
| Date | | Place | | Status | | |
| Date | | Place | | Status | | |

| 20. What country issued your last passport or travel document? | 21. Passport Number | 22. Expiration Date *(mm/dd/yyyy)* |
|---|---|---|
| | Travel Document Number | |

| 23. What is your native language *(include dialect, if applicable)*? | 24. Are you fluent in English? ☐ Yes ☒ No | 25. What other languages do you speak fluently? |
|---|---|---|
| PUNJABI | | NONE |

| For EOIR use only. | For USCIS use only. | Action: Interview Date: _____ Asylum Officer ID No.: _____ | Decision: Approval Date: _____ Denial Date: _____ Referral Date: _____ |
|---|---|---|---|

EOIR – 2 of 11

Page 1

## Part A.II. Information About Your Spouse and Children

**Your spouse** [×] I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Date of Birth (mm/dd/yyyy) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Other names used (include maiden name and aliases) |
|---|---|---|---|

| 9. Date of Marriage (mm/dd/yyyy) | 10. Place of Marriage | 11. City and Country of Birth |
|---|---|---|

| 12. Nationality (Citizenship) | 13. Race, Ethnic, or Tribal Group | 14. Gender<br>[ ] Male [ ] Female |
|---|---|---|

**15. Is this person in the U.S.?**

[ ] Yes *(Complete Blocks 16 to 24.)*    [ ] No *(Specify location):*

| 16. Place of last entry into the U.S. | 17. Date of last entry into the U.S. (mm/dd/yyyy) | 18. I-94 Number (if any) | 19. Status when last admitted (Visa type, if any) |
|---|---|---|---|

| 20. What is your spouse's current status? | 21. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 22. Is your spouse in Immigration Court proceedings?<br>[ ] Yes [ ] No | 23. If previously in the U.S., date of previous arrival (mm/dd/yyyy) |
|---|---|---|---|

**24. If in the U.S., is your spouse to be included in this application?** *(Check the appropriate box.)*

[ ] Yes

[ ] No

**Your Children.** List **all** of your children, regardless of age, location. or marital status.

[×] I do not have any children. *(Skip to Part A.III., Information about your background.)*

[ ] I have children. Total number of children: _____.

**(NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)*

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender<br>[ ] Male [ ] Female |
|---|---|---|---|

| 13. Is this child in the U.S. ? [ ] Yes *(Complete Blocks 14 to 21.)* [ ] No *(Specify location):* |
|---|

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings?<br>[ ] Yes [ ] No |
|---|---|---|

**21. If in the U.S., is this child to be included in this application?** *(Check the appropriate box.)*

[ ] Yes

[ ] No

## Part A.II. Information About Your Spouse and Children (Continued)

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

**13.** Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location)*:

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes
☐ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

**13.** Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location)*:

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes
☐ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

**13.** Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location)*:

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes
☐ No

## Part A.III. Information About Your Background

**1.** List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
*(NOTE: Use Form I-589 Supplement B. or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| | | | | | |
| VILLAGE BHAINI PATTI | BARNALA | PUNJAB | INDIA | 10/1991 | 02/2023 |

**2.** Provide the following information about your residences during the past 5 years. List your present address first.
*(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 1031 KENNY ST | MANTECA | CA | USA | 03/2023 | |
| IN TRANSIT | | | VARIOUS | 02/2023 | 03/2023 |
| VILLAGE BHAINI PATTI | BARNAL | PUNJAB | INDIA | 10/1991 | 02/2023 |
| | | | | | |
| | | | | | |

**3.** Provide the following information about your education, beginning with the most recent school that you attended.
*(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| SENIOR SECONDARY SCHOOL | ELEMENTARY/MIDDLE/HIGH INDIA | | 04/1996 | 03/2012 |
| | | | | |
| | | | | |
| | | | | |

**4.** Provide the following information about your employment during the past 5 years. List your present employment first.
*(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| FARMER | FARMING | | |
| | | | |
| | | | |

**5.** Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
**(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* SUKHWINDER KAUR | INDIA | ☐ Deceased INDIA |
| *Father* KARMJIT SINGH | INDIA | ☐ Deceased INDIA |
| *Sibling* MANPREET KAUR | INDIA | ☐ Deceased INDIA |
| *Sibling* RAMANPREET KAUR | INDIA | ☐ Deceased INDIA |
| *Sibling* YADWINDER SINGH | INDIA | ☐ Deceased INDIA |
| *Sibling* | | ☐ Deceased |

Form I-589  Edition  03/01/23     Page 4

## Part B. Information About Your Application

*(**NOTE:** Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

**1.** Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

I am seeking asylum or withholding of removal based on:

| | | | |
|---|---|---|---|
| ☐ | Race | ☒ | Political opinion |
| ☒ | Religion | ☐ | Membership in a particular social group |
| ☐ | Nationality | ☒ | Torture Convention |

**A.** Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

☐ No       ☒ Yes

If "Yes," explain in detail:
1. What happened;
2. When the harm or mistreatment or threats occurred;
3. Who caused the harm or mistreatment or threats; and
4. Why you believe the harm or mistreatment or threats occurred.

```
I HAD THREATS AND ATTACKS ON MY LIFE DUE TO MY POLITICAL AND RELIGIOUS BELIEFS. I WILL SUBMIT A
DETAILED SWORN STATEMENT LATER.
```

**B.** Do you fear harm or mistreatment if you return to your home country?

☐ No       ☒ Yes

If "Yes," explain in detail:
1. What harm or mistreatment you fear;
2. Who you believe would harm or mistreat you; and
3. Why you believe you would or could be harmed or mistreated.

```
I FEAR I WILL BE KILLED IN INDIA.
```

EOIR - 6 of 11

## Part B. Information About Your Application (Continued)

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States (including for an immigration law violation)?

   ☒ No          ☐ Yes

   If "Yes," explain the circumstances and reasons for the action.

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

   ☐ No          ☒ Yes

   If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

   ```
   I WILL SUBMIT THIS INFORMATION IN MY SWORN STATEMENT LATER.
   ```

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

   ☐ No          ☒ Yes

   If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

   ```
   I WILL SUBMIT THIS INFORMATION IN MY SWORN STATEMENT LATER.
   ```

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

   ☐ No          ☒ Yes

   If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

   ```
   I FEAR I WILL BE KILLED IN INDIA.
   ```

EOIR — 7 of 11

## Part C. Additional Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

    ☒ No          ☐ Yes

    If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

    ☐ No          ☒ Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

    ☒ No          ☐ Yes

    If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

    ```
    I WILL SUBMIT THIS INFORMATION LATER IN MY SWORN STATEMENT.
    ```

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

    ☒ No          ☐ Yes

    If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

## Part C. Additional Information About Your Application (Continued)

**4.** After you left the country where you were harmed or fear harm, did you return to that country?

[X] No     [ ] Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

**5.** Are you filing this application more than 1 year after your last arrival in the United States?

[X] No     [ ] Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

**6.** Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States (including for an immigration law violation)?

[X] No     [ ] Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I certify that I am physically present in the United States or seeking admission at a Port of Entry when I execute this application. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

**WARNING:** Applicants who are in the United States unlawfully are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| RUPINDER SINGH MAAN | ਰੁਪਿੰਦਰ ਸਿੰਘ ਮਾਨ |

Did your spouse, parent, or child(ren) assist you in completing this application?  ☒ No  ☐ Yes *(If "Yes," list the name and relationship.)*

| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |
|---|---|---|---|

Did someone other than your spouse, parent, or child(ren) prepare this application?   ☐ No  ☒ Yes *(If "Yes,"complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?   ☐ No  ☒ Yes

Signature of Applicant *(The person in Part. A.I.)*

➡ [ *Rupinder Singh Maan* ]          06/12/2023

Sign your name so it all appears within the brackets          Date (mm/dd/yyyy)

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | | Print Complete Name of Preparer | | |
|---|---|---|---|---|
| | | SUZANNE TRAIL    LAW OFFICE OF SUZANNE TRAIL | | |
| Daytime Telephone Number | Address of Preparer: Street Number and Name | | | |
| ( 510 ) 6482534 | PO BOX 7300 | | | |
| Apt. Number | City | | State | Zip Code |
| | FREMONT | | CALIFORNIA | 94537 |

| To be completed by an attorney or accredited representative (if any). | ☐ Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable) | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|
| | | 034521 | |

Form I-589 Edition 03/01/23

14

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Immigration Judge

rtment of Homeland Security
. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER ZDF2364320430 | | | NOTICE DATE 08/25/2023 |
|---|---|---|---|---|
| CASE TYPE I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | ACCOUNT NUMBER | USCIS A# A246 757 756 | CODE 3 |

RUPINDER SINGH MAAN
1031 KENNY ST
MANTECA CA 95337



**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition, or request, the U.S. Citizenship & Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

**WARNING:** Unless USCIS excuses you based on good cause, failure to appear at this biometrics appointment will result in an applicant-caused delay that will impact your eligibility for employment authorization based on your pending asylum application. If you fail to appear at this appointment as scheduled, USCIS may: (1) dismiss your asylum application, if you are in lawful immigration status or paroled; or (2) refer your application to an immigration judge, if you are not in lawful immigration status or paroled. If you fail to appear at this appointment as scheduled, and you are currently in removal proceedings, an immigration judge may deem your asylum application abandoned.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS MODESTO 901 N Carpenter Road Suite 14 Modesto CA 95351 | 09/15/2023 02:00PM |

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE,** and
2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Only those necessary to assist with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your ASC appointment if we determine your injuries may interfere with your biometrics submission. Please do not visit a USCIS office if you are sick or feel symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/filing-guidance/preparing-for-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-767-1833.

**NOTE:** If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your ASC appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your ASC appointment. If USCIS reschedules your ASC appointment, you will receive a new ASC appointment notice.

You must update your address within 10 days if you move. For instructions, visit https://www.uscis.gov/addresschange. If you are in removal proceedings, you must also notify the Executive Office for Immigration Review (EOIR or Immigration Court) within five working days of any change of address or telephone number by filing a completed Form EOIR-33, Alien's Change of Address/Phone Number Form/Immigration Court. For instructions, visit https://www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** Failure to update your mailing address with USCIS, and, if applicable, EOIR may result in dismissal of your asylum application, referral of your asylum application to an immigration judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit: https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/compact-council/privacy-act-statement

### REQUESTS TO RESCHEDULE/SPECIAL HANDLING

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment. **Your request to reschedule must: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling.** If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment. To request a reschedule, please visit https://my.uscis.gov/accounts/biometrics/overview. You may also call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

APPLICATION NUMBER  I589- ZDF2364320430



BIOMETRICS PROCESSING STAMP
ASC SITE CODE _____
BIOMETRICS QA REVIEW BY: _____ ON SEP 1 5 2023
TENPRINTS QA REVIEW BY: _____ ON SEP 1 5 2023

For questions about this notice call 1-800-375-5283. For questions about your application, contact the Asylum Office or Immigration Court with jurisdiction over your case.

**16**

If this is an interview or biometrics appointment notice, please see the back of the notice for important information.    Form I-797C 10/13/21

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
| --- |

| NOTICE TYPE | NOTICE DATE |
| --- | --- |
| Receipt | December 07, 2023 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-765, Application for Employment Authorization | A246757756 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| IOE0923409793 | December 06, 2023 | 1 of 1 |
| | | DATE OF BIRTH |
| | | October 14, 1991 |

RUPINDER S. MAAN
C/O SUZANNE TRAIL LAW OFFICE OF SUZANNE TRAIL
P O BOX 348360                    8   00001577
SACRAMENTO, CA  95834

**PAYMENT INFORMATION:**

| Application/Petition Fee: | $0.00 |
| --- | --- |
| Total Amount Received: | $0.00 |
| Total Balance Due: | $0.00 |

ılıdılıbudlaqıılltadilillılıbuldilbillulıqıılllıqıılllı

NAME AND MAILING ADDRESS

### Eligibility Category: C08

We have received your form and are currently processing the above case. We will notify you separately about any other case you filed. If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment. If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if you are eligible, you may use this notice in conjunction with your facially expired Form I-766, Employment Authorization Document (EAD), as proof of an automatic extension of employment authorization and/or EAD, as applicable.

You are eligible for an automatic extension of your employment authorization and/or EAD if: (1) You have timely and properly filed to renew your current employment authorization and/or EAD; (2) Your EAD renewal request is under a category that is eligible for an automatic extension (see uscis.gov/eadautoextend for a list of eligible categories); (3) The category on your current EAD matches the "Class Requested" listed on this notice (If you are a Temporary Protected Status (TPS) beneficiary or applicant, your EAD and this notice must contain either the A12 or C19 category, but they do not need to match each other); and (4) Your EAD renewal application is still pending with USCIS when your current EAD expires.

If eligible, you may present this notice to an employer with your expired EAD (and Form I-94, Arrival/Departure Record, if applicable) for employment eligibility verification (Form I-9) purposes. If eligible, your automatic extension is for up to 180 days from the expiration date printed on the front of your EAD. If we deny your EAD renewal application, the automatic extension immediately ends, and you can no longer present this notice to your employer for Form I-9 purposes. If your EAD is also your Advance Parole document, the automatic extension does not apply to advance parole.

Based on your responses in Part 2 on the Form I-765, you have consented to the disclosure of your information to the Social Security Administration (SSA). If USCIS approves your application for employment authorization, USCIS will electronically transmit the data to SSA and the SSA may assign you a Social Security Number (SSN) and issue a card.

If you applied for an initial (first) employment authorization based on a pending asylum application and USCIS does not adjudicate your application within 30 days, you may be a member of the class action. *Rosario v. USCIS*, 365 F.Supp.3d 1156 (W.D. Wash. 2018). Please see the uscis.gov/rosario webpage for further information about this class action case, and how to inquire about the status of your employment authorization application.

| **USCIS Office Address:** | **USCIS Contact Center Number:** |
| --- | --- |
| USCIS | (800)375-5283 |
| Texas Service Center | ATTORNEY COPY |
| 6046 N. Beltline Rd STE. 110 | |
| Irving, TX  75038 |  |



17

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.                    Form I-797C  10/13/21

If you are visiting a field office and need directions, including public transportation directions, please see **www.uscis.gov/fieldoffices** for more information.

---

### Notice for Customers with Disabilities

---

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) for help in English or Spanish.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.

# EXHIBIT

# B

To whom this may concern,                                             Date-9/16/25

I, Amandeep Singh Chahal, residing at 16375 Magnolia Way, Fontana, California 92336 confirms that I've known Rupinder Singh Mann, A-number 246757756, detained at Pottawattamie County Jail, Council Bluffs IA, for many years as we are family friends from India.

 Id like to assure the United States Government, that he will not become a public charge as I am willing and able to receive, maintain, and support him as well as provide him with housing, food and money for as long as necessary.

I am a citizen of the United States, and my phone number is 2064325780. Please feel free to contact me with any questions or concerns regarding the matter.

Best Regards,

Amandeep Singh Chahal

20



THE UNITED STATES OF AMERICA

No. 42269180

# CERTIFICATE OF NATURALIZATION

*Personal description of Holder as of date of naturalization:*

*Date of birth:* **NOVEMBER 07, 1987**

*Sex:* **MALE**

*Height:* **5** *feet* **07** *inches*

*Marital status:* **SINGLE**

*Country of former nationality:*
**INDIA**



*USCIS Registration No.:* **A205 563 195**

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

Amandeep Singh Chahal
(Complete and true signature of holder)

*Be it known that, pursuant to an application filed with the Secretary of Homeland Security*

*at:* **SEATTLE, WASHINGTON**

*The Secretary having found that:*

**AMANDEEP SINGH CHAHAL**

*residing at:*

**AUBURN, WASHINGTON**

*having complied in all respects with all of the applicable provisions of the naturalization laws of the United States, being entitled to be admitted as a citizen of the United States, and having taken the oath of allegiance at a ceremony conducted by*

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**

*at:* **SEATTLE, WASHINGTON** *on:* **APRIL 02, 2021**

*such person is admitted as a citizen of the United States of America.*

Josef Renaud

*U. S. Citizenship and Immigration Services*

ALTERATION OR MISUSE OF THIS DOCUMENT IS A FEDERAL OFFENSE AND PUNISHABLE BY LAW



DEPARTMENT OF HOMELAND SECURITY

21



**Form 1040**

Department of the Treasury—Internal Revenue Service

**U.S. Individual Income Tax Return**  **2023**  OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning _____, 2023, ending _____, 20___    See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| AMANDEEP S | CHAHAL | 845 49 6583 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| | | |

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | **Presidential Election Campaign** |
|---|---|---|
| 16375 MAGNOLIA WAY | | Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse |

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| FONTANA | CA | 92336 |

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| | | |

**Filing Status**

Check only one box.

☒ Single   ☐ Married filing jointly (even if only one had income)   ☐ Married filing separately (MFS)   ☐ Head of household (HOH)   ☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

**Digital Assets**  At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)   ☐ Yes  ☒ No

**Standard Deduction**  Someone can claim:  ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You:  ☐ Were born before January 2, 1959  ☐ Are blind  **Spouse:**  ☐ Was born before January 2, 1959  ☐ Is blind

**Dependents** (see instructions):

If more than four dependents, see instructions and check here  ☐

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

Attach Sch. B if required.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | **1a** | |
| b | Household employee wages not reported on Form(s) W-2 | **1b** | |
| c | Tip income not reported on line 1a (see instructions) | **1c** | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | **1d** | |
| e | Taxable dependent care benefits from Form 2441, line 26 | **1e** | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | **1f** | |
| g | Wages from Form 8919, line 6 | **1g** | |
| h | Other earned income (see instructions) | **1h** | |
| i | Nontaxable combat pay election (see instructions) | 1i | |
| z | Add lines 1a through 1h | **1z** | |
| 2a | Tax-exempt interest . . . | 2a | b Taxable interest | **2b** | 15. |
| 3a | Qualified dividends . . . | 3a | b Ordinary dividends | **3b** | |
| 4a | IRA distributions . . . | 4a | b Taxable amount | **4b** | |
| 5a | Pensions and annuities . | 5a | b Taxable amount | **5b** | |
| 6a | Social security benefits . | 6a | b Taxable amount | **6b** | |
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | **7** | |
| 8 | Additional income from Schedule 1, line 10 | **8** | 61,001. |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | **9** | 61,016. |
| 10 | Adjustments to income from Schedule 1, line 26 | **10** | 4,310. |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | **11** | 56,706. |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | **12** | 13,850. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | **13** | 8,571. |
| 14 | Add lines 12 and 13 | **14** | 22,421. |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | **15** | 34,285. |

Standard Deduction for—
• Single or Married filing separately, $13,850
• Married filing jointly or Qualifying surviving spouse, $27,700
• Head of household, $20,800
• If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form **1040** (2023)

Form 1040 (2023)                                                                                                          Page **2**

| Tax and Credits | 16 | **Tax** (see instructions). Check if any from Form(s): **1** ☐ 8814  **2** ☐ 4972  **3** ☐ _____ | 16 | 3,893. |
|---|---|---|---|---|
| | 17 | Amount from Schedule 2, line 3 | 17 | 0. |
| | 18 | Add lines 16 and 17 | 18 | 3,893. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| | 20 | Amount from Schedule 3, line 8 | 20 | |
| | 21 | Add lines 19 and 20 | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 3,893. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 8,619. |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 12,512. |

| Payments | 25 | Federal income tax withheld from: | | |
|---|---|---|---|---|
| | a | Form(s) W-2 | 25a | |
| | b | Form(s) 1099 | 25b | |
| | c | Other forms (see instructions) | 25c | |
| | d | Add lines 25a through 25c | 25d | |

If you have a qualifying child, attach Sch. EIC.

| | 26 | 2023 estimated tax payments and amount applied from 2022 return | 26 | |
|---|---|---|---|---|
| | 27 | Earned income credit (EIC) . . . . . . . . . No | 27 | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | |
| | 30 | Reserved for future use | 30 | |
| | 31 | Amount from Schedule 3, line 15 | 31 | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | 33 | |

| Refund | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | |
|---|---|---|---|---|
| | 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ☐ | 35a | |

Direct deposit? See instructions.

**b** Routing number | X X X X X X X X X |  **c** Type: ☐ Checking ☐ Savings
**d** Account number | X X X X X X X X X X X X X X X X X

| | 36 | Amount of line 34 you want **applied to your 2024 estimated tax** | 36 | |
|---|---|---|---|---|

| Amount You Owe | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions | 37 | 13,091. |
|---|---|---|---|---|
| | 38 | Estimated tax penalty (see instructions) | 38 | 579. |

**Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions . . . . ☒ **Yes. Complete below.** ☐ **No**

Designee's name  DILIP I PATEL | Phone no. (714) 474-8092 | Personal identification number (PIN)  6 9 5 2 3

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation  SELF EMPLOYED | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|

Joint return? See instructions. Keep a copy for your records.

| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|

Phone no. | Email address  adskheri@gmail.com

**Paid Preparer Use Only**

| Preparer's name  DILIP I PATEL | Preparer's signature  DILIP I PATEL | Date  08/28/2024 | PTIN  P00549247 | Check if: ☒ Self-employed |
|---|---|---|---|---|
| Firm's name ⮕ ATS Tax LLC DBA Linda Morlang Tax Services | | | Phone no. (714) 528-4290 | |
| Firm's address ⮕ 1154 E YORBA LINDA BLVD PLACENTIA CA 92870 | | | Firm's EIN ⮕ 84-4117431 | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.      BAA      REV 05/21/24 PRO      Form **1040** (2023)

24

▼ **Detach Here and Mail With Your Payment** ▼

---

| Department of the Treasury<br>Internal Revenue Service | Calendar Year —<br>**Due 04/18/2023** | **2023 Form 1040-ES Payment Voucher 1** |

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to the '**United States Treasury**.' Write your social security number and '2023 Form 1040-ES' on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

| Amount of estimated tax you are paying by check or money order......... ▶ | 5,110. |

REV 07/23/23 PRO            1555

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
AMANDEEP S CHAHAL

16375 MAGNOLIA WAY
FONTANA CA 92336

INTERNAL REVENUE SERVICE
PO BOX 802502
CINCINNATI OH 45280-2502

845496583 XQ CHAH 30 0 202312 430

**25**



**CALIFORNIA ASSOCIATION OF REALTORS®**

# ADDENDUM

### (C.A.R. Form ADM, Revised 10/01)

No. ___1___

The following terms and conditions are hereby incorporated in and made a part of the: ☐ Residential Purchase Agreement, ☐ Manufactured Home Purchase Agreement, ☐ Business Purchase Agreement, ☑ Residential Lease or Month-to-Month Rental Agreement, ☐ Vacant Land Purchase Agreement, ☐ Residential Income Property Purchase Agreement, ☐ Commercial Property Purchase Agreement, ☐ other _____

dated _____January 25, 2024_____ on property known as _____16375 Magnolia Way, Fontana, CA 92336_____

in which _____Amandeep Singh Chahal_____ is referred to as ("Buyer/Tenant")
and _____Ray Tam_____ is referred to as ("Seller/Landlord").

1. Lease term will be renewed for one year, begin on January 28, 2025 and should terminate on January 27, 2026 and the new rent will be $4,450.00 per month.

2. Fontana city approved trash and recycling fees (serviced by Burrtec) are paid by landlord

The foregoing terms and conditions are hereby agreed to, and the undersigned acknowledge receipt of a copy of this document.

Date _____12/11/24_____                    Date _____12/11/2024_____

Buyer/Tenant _____        Seller/Landlord _____RAY TAM_____

Buyer/Tenant _____        Seller/Landlord _____



The copyright laws of the United States (Title 17 U.S. Code) forbid the unauthorized reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. Copyright© 1986-2001, CALIFORNIA ASSOCIATION OF REALTORS®, INC. ALL RIGHTS RESERVED.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ADEQUACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is available for use by the entire real estate industry. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, INC.
a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020
ADM-11 REVISED 10/01 (PAGE 1 OF 1)

Reviewed by _____ Broker or Designee _____ Date _____

**ADDENDUM (ADM-11 PAGE 1 OF 1)**

Tuscany Realty, Inc.    1451 McCarthy Blvd., Milpitas    CA 95035
Phone: (408) 383-9839    Fax: (408) 383-9837    Tuscany Realty - Where Living

T8760956.ZFX

1

Gurpreet Kaur, Esq.
Law Office of Gurpreet Kaur

2

674 County Square Dr, Suite 305
Ventura, CA 93003

3

Ph. 805-300-9003; Cell 805-803-0893
Fax: 805-716-6100

4

E-mail: gurpreetkauresq@gmail.com
Attorney for Respondent

5

6

7

8

**UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT**

9

10

11

12

In the matter of:

13

MAAN, RUPINDER SINGH

14

Respondent,

15

16

17

18

19

20

21

22

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: A 246-757-756

Bond Proceedings only

**Detained**

Next Hearing: 09/17/2025

Hearing Time: 08:30AM

IJ:Morrissey, Matthew E.

**RESPONDENT'S SUPPLEMENTAL EVIDENCE FOR BOND HEARING**

23

24

25

Redetermination of Bond

1

Now comes the Respondent, through his undersigned attorney to hereby submit his supplemental filings for his upcoming bond hearing.

Dates:09/16/2025

Respectfully Submitted,

_____

Gurpreet  Kaur
Law Offices of Gurpreet  Kaur
674 County Square Dr, Suite 305
Ventura, CA 93003

## CERTIFICATE OF SERVICE

✓ <u>**No service needed. I electronically filed this document, and the opposing party is participating in ECAS.**</u>

I hereby certify that I am a United States citizen and over eighteen (18) years of age and that I served a true copy of the foregoing:

## RESPONDENT'S SUPPLEMENTAL EVIDENCE FOR A BOND REDETERMINATION HEARING

with attachments by E-service

09/16/2025
By:

_____

Gurpreet Kaur
RESPONDENT'S ATTORNEY

Redetermination of Bond

2

# **<u>SUPPORTING DOCUMENTS</u>**

A.  Respondent's identity                     5-11

B.  Character letter                          13

# EXHIBIT

# A

4



भारत गणराज्य REPUBLIC OF INDIA

| | |
|---|---|
| टाईप / Type | P |
| राष्ट्र कोड / Country Code | IND |
| पासपोर्ट नं./ Passport No. | P0697118 |
| उपनाम / Surname | MAAN |
| दिया गया नाम / Given Name(s) | RUPINDER SINGH |
| राष्ट्रीयता / Nationality | भारतीय / INDIAN |
| लिंग / Sex | M |
| जन्म तिथि / Date of Birth | 14/10/1991 |
| जन्म स्थान / Place of Birth | BARNALA, PUNJAB |
| जारी करने का स्थान / Place of Issue | CHANDIGARH |
| जारी करने की तिथि / Date of Issue | 08/06/2016 |
| समाप्ति की तिथि / Date of Expiry | 07/06/2026 |



P<INDMAAN<<RUPINDER<SINGH<<<<<<<<<<<<<<<<<<<<

P0697118<7IND9110144M2606071<<<<<<<<<<<<<<<<4

Scanned with CamScanner

विशेष सेवा / MISCELLANEOUS SERVICE

प्रेक्षण / OBSERVATION

पिता / कानूनी अभिभावक का नाम / Name of Father / Legal Guardian

**KARMJIT SINGH**

P0697118

माता का नाम / Name of Mother

**SUKHWINDER KAUR**

पति या पत्नी का नाम / Name of Spouse

**DALJEET KAUR**

पता / Address

**BHAINI PATTI**

**SEKHA,BARNALA**

**PIN:148101,PUNJAB,INDIA**

पुराने पासपोर्ट का नं. और इसके जारी होने की तिथि एवं स्थान / Old Passport No. with Date and Place of Issue

फाईल नं./ File No.

**CH4069896824216**

6

Scanned with
CamScanner

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| Receipt Number<br>ZDF2364320430 | | Case Type<br>I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
|---|---|---|
| Received Date<br>08/24/2023 | Priority Date | Applicant   A246 757 756<br>MAAN, RUPINDER SINGH |
| Notice Date<br>08/24/2023 | Page<br>1 of 1 | |

RUPINDER MAAN
c/o TRAIL
1031 KENNY ST
MANTECA CA 95337

**Notice Type:** Defensive Receipt Notice

*** ACKNOWLEDGEMENT OF RECEIPT ***

USCIS has received a copy of your I-589 (application for Asylum and Withholding of Removal) filed in defense of removal from the US in Immigration Court. Pursuant to S.265 of the Immigration and Nationality Act, you are required to notify USCIS, in writing, of any address changes, within 10 days of such change using Form AR11. Since you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. If you changed your address, please mail each completed change of address form (AR11 and EOIR-33) to the location specified on the respective form.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Nebraska Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C   10/13/21

7



8



9

### March West Commons Apartments
4444 Feather River Drive
Stockton, CA 95219
(209)474-4434
marchwest@rpmcompany.com

Date: 07/26/2024

Name(s): Rupinder Maan & Abhishek Giri

New Address: 4444 Feather River Dr  #079 Bldg J, Stockton, CA 95219

Move-In Date: 07/27/24

Lease Term: 12 Months   -   Commencing on: 07/27/24   Expiring on: 07/26/25

$1495.00 (rent) + $N/A (Pet Rent) = $1495.00 (TOTAL DUE MONTHLY)

Move-in date is not guaranteed until the property has been vacated by the previous resident. Reservation deposit will be refunded should applicant choose to cancel due to late release of property. Every effort will be taken to notify applicant in a timely manner.

#### MOVE-IN COSTS

| | |
|---|---|
| From 7/27 to 7/31 | $241.00 |
| First Full Month Rent (if move-in date is after the 25th) | $1495.00 |
| Application Fee (non-refundable) | $100.00 |
| Reservation Deposit | $100.00 |
| Remaining Security Deposit (O.A.A.) | $400.00 |
| Additional Deposit | $500.00 |
| Rental Concession | ‹$500.00› |
| Amount Paid | ‹$200.00› |
| **Total Amount Due at Move-In** (Cashier's Check or Money Order Only) | **$2136.00** |

The Reservation Deposit is refundable within 72 hours from today (includes weekends/holidays); applicant must cancel via phone/voicemail message, email or in person. After 72 hours the Reservation Deposit will be applied towards your Remaining Security Deposit. If the applicant cancels the application after 72 hours the Reservation Deposit will be forfeited.

Future Resident _Abhishek Giri_     Date _07/27/24_     Phone # _____

Future Resident _Rupinder Singh maan_     Date _07/27/24_     Phone # _____

Future Resident _____     Date _____     Phone # _____

Future Resident _____     Date _____     Phone # _____

Leasing Agent _____     Date _7-27-24_

****This document does not imply or serve as an acceptance or approval of an application for residency****

#### PRIOR to MOVE-IN:
Resident MUST provide a copy of their renter's insurance policy with minimum of $500,000 in liability coverage for fire, smoke, explosion, water and landlord named as "additional interest"
Resident MUST transfer PG&E services into their name and provide the account number

Renters Insurance Provider: _____     Policy # _____
PG&E: (800) 743-5000 - Account # _14526641648_
Comcast: (800) 266-2278

10



**: 964 OSPREY DR, LATHROP, CA 95330**

**ICCMC :1552081 USDOT : 4080198 CA :631947**

SUKHWINDER SINGH(PRESIDENT)
ALIEN TRANS INC
ALIENTRANS786@GMAIL.COM
USDOT # 4080198
ICCMC # 1552081
350-250-0215
964 OSPREY DR
LATHROP ,CA

TO
RUPINDER SINGH MAAN
1031 KENNY ST.
MANTECA ,CA 95337

Dear Rupinder Singh,
This is to inform you that Alien Trans INC is offering you **A CLASS** driving job from 05/01/2025. As you are hired by above company will be paying you 50 cent per mile. Therefore the company looks forward for you to respond and appear at job site on mentioned day. You have to do work **Local and Interstate**. For any information you can call on 350-250-0215.

Sincerely
**SUKHWINDER SINGH (PRESIDENT)**
**ALIEN TRANS INC**
*Sukhwinder Singh*

# EXHIBIT

# B

I am Jaspreet Singh Sidhu, family friend of
Rupinder Singh Maan. We are both from same
village and know each other from childhood.
My a-number is 215 823 402 and my addess
is 1031 Kenny St. Manteca, CA 95337. Since
Rupinder Singh Maan came in United states
of America, He was living with me in my house
He is very hardworking and innocent person.
We spent almost 2 years together in my house.
He didn't have any criminal records against him.
I know him very well that he never broke any
traffic rules and did not commit any crime.
He charges with Possession of a controlled substance
but I know he is innocent. We will fight this case
and prove him innocent. I know very well, he can
never do this type of thing.


Jaspreet singh

13